# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 08cr10251-JLT
USCA Docket Number: 11-1718

United States of America

v.

Carolyn Kravetz and Boris Levitin

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Acting Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents  X  electronic documents:

**Main Documents:**

Document Numbers: #142 Memorandum and Order and #143 Order

**Other Documents:**

Sealed Records:

Document Numbers: ____

*Ex parte* Records:

Document Numbers: ____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2013.

ROBERT M. FARRELL
Acting Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

Deputy Clerk, US Court of Appeals