UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 08-10251-JLT |
| | * | |
| CAROLYN KRAVETZ and | * | |
| BORIS LEVITIN, | * | |
| | * | |
| Defendants. | * | |

## PROCEDURAL ORDER

June 19, 2013

TAURO, J.

On June 18, 2013, the court received a letter from Attorney Curtis indicating that documents the court had ordered to remain sealed were in fact available on PACER. The court thanks Attorney Curtis for bringing the matter to the court's attention.

The court has addressed the issue, and the sealed documents are no longer available on PACER. The court further admonishes that sealed documents shall not be disseminated to the public.

IT IS SO ORDERED.

United States District Judge